**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**LENA TILLER**                                                                              **PLAINTIFF**

**VS.**                       **CASE NO. 5:05-CV-0352 GH**

**MIKE FLUKER and
RICELAND FOODS, INC.**                                         **DEFENDANTS**

**ORDER EXTENDING TIME FOR PLAINTIFF
TO RESPOND TO DEFENDANTS' SUMMARY JUDGMENT MOTIONS**

On Plaintiff's oral motion to extend her time to file responses to the Defendants' respective summary judgment motions and with Defendants having no objections to such an extension after having been contacted by Plaintiff's counsel, and for good cause, the Court grants the Plaintiff an extension of time to file her responses to the Defendants' respective summary judgment motions up to and including January 4, 2007.

IT IS SO ORDERED.

                                                                    */s/ George Howard, Jr.*
                                                   HONORABLE GEORGE HOWARD, JR.
                                                   UNITED STATES DISTRICT JUDGE

                                                   DATE:   December 21, 2006